IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                CRIMINAL NO: 19-CR-4442 MV

TERANCE QUINTANA,
ANDREW ROMERO,
CHRISTOPHER SHEMAYME,

    Defendants.

### ORDER GRANTING UNOPPOSED MOTION TO EXTEND PRETRIAL DEADLINES

THIS MATTER having come before the Court on Defendants' *Unopposed Motion to Extend Pretrial Deadlines* (Doc. 69) and the Court being sufficiently advised on the premises and noting no opposition, the Court finds the motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that Defendants' *Unopposed Motion* (Doc. 69) is granted and the August 1, 2020, pretrial motion deadline is hereby extended for thirty (30) days to September 1, 2020.

SO ORDERED this 11th day of August, 2020.

_____
THE HONORABLE MARTHA VÁZQUEZ
United States District Judge

Submitted by:

*/s/ Electronically signed on 08/03/20*
**ANGELICA HALL, AFPD**
Attorney for Defendant Quintana

*Electronic approval on 08/03/20*
**MARTIN LOPEZ, III, ESQ.**
Attorney for Defendant Romero

*Electronic approval on 08/03/20*
**JENNIFER J. WERNERSBACH, ESQ.**
Attorney for Defendant Shemayme

Approved by:

*Electronic approval on 08/03/20*
**SAMUEL A. HURTADO, ESQ.**
Assistant United States Attorney