# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                                                                                                  No. CR 19-4442-MV

TERANCE QUINTANA,
ANDREW ROMERO, and
CHRISTOPHER SHEMAYME,

        Defendants.

## Order and Notice of Trial

THIS MATTER is before the Court on the defendants' *Unopposed Motion to Continue Trial* [106]. The Court has weighed the representations made in the motion and finds granting a continuance to resolve these issues outweighs the public and defendants' interest in a speedy trial pursuant to 18 U.S.C. § 3161, for the reasons set forth in the defendants' Motion.

Conducting a trial in the face of these facts would be contrary to the interests of justice. *Zedner v. United States* 126 S. Ct. 1976 (2006). Now, therefore,

**IT IS ORDERED** that the trial of this action be and hereby is continued from February 22, 2021, to **Monday, June 28, 2021, at 9:00 a.m.**, on a trailing docket, in the Rio Grande Courtroom at the United States Courthouse in Albuquerque, New Mexico, pursuant to 18 U.S.C. § 3161(h)(7)(A), with the following pretrial dates and deadlines. It is further ordered that the period of time from the entry of this Order until the new trial date shall be excluded from the time limitations set forth within 18 U.S.C. § 3161(c)(1).

| Event | Date/Deadline<br>**Counsel must file all trial documents in accordance with this schedule until a Motion to Continue is GRANTED by the Court.** |
|---|---|
| **Pretrial Motions**<br>**(Other than Motions in Limine)** | **April 1, 2021** |
| **Motion to Continue** | **May 11, 2021** |
| Joint Jury Instructions,<br>Witness and Exhibit Lists, Voir Dire | May 18, 2021 |
| Objections to Witness and Exhibit Lists, Objections to Voir Dire | May 26, 2021 |
| Motions in Limine/Response/Reply | May 18, 2021 / May 26, 2021 / June 1, 2021.<br><br>**Responses and Replies to Motions filed 14 days or more before this deadline are due in accordance with the Federal and Local Rules of Criminal Procedure.**<br><br>**A continuation of the trial date does not extend the Response or Reply deadline for previously filed Motions in Limine.** |
| **Call of the Calendar** | **June 4, 2021, 9:30 a.m. (In Santa Fe)** |
| **Jury Selection/Trial** | **June 28, 2021, 9:00 a.m.  (In Albuquerque)** |

In an effort to conserve judicial resources, the Court must be advised of all plea agreements no later than ten (10) working days prior to trial.  The plea must be entered at least five (5) days prior to the trial date.

_____
MARTHA VÁZQUEZ
UNITED STATES DISTRICT JUDGE

Linda Z. Romero, Courtroom Deputy - **(505) 992-3826**
Trial Preparation guidelines:  http://www.nmd.uscourts.gov/content/honorable-martha-vazquez